```
                              UNITED STATES DISTRICT COURT
                                         FILED
                                    January 12, 2000
                              EASTERN DISTRICT OF LOUISIANA
                                     Loretta G. Whyte
                                          Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KATHERINE MARRERO                          CIVIL ACTION

VERSUS                                     NO. 00-0025

NORTH AMERICAN VAN LINES, INC.             SECTION "I"

**PRELIMINARY CONFERENCE NOTICE**

A **PRELIMINARY CONFERENCE** will be held **BY TELEPHONE** on **TUESDAY, FEBRUARY 15, 2000**, at **@2:00PM**, for the purpose of scheduling a pretrial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

**TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

Cecil Murphy
Courtroom Deputy Clerk, Section I
(504) 589-7695

**NOTICE**
**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

**COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.**

FEE
XX PROCESS
XX DOCKET
XX CTRM DEP
DOCUMENT NO

JAN 12 2000
DATE OF ENTRY