

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHERINE MARRERO | CIVIL ACTION |
| VERSUS | NO. 00-25 |
| NORTH AMERICAN VAN LINES, INC. | SECTION "I" (5) |

### ORDER

IT IS ORDERED that a settlement conference be held before the Magistrate Judge prior to the pre-trial conference, if possible, on a date and time to be selected by the Magistrate Judge. The parties shall forthwith contact the Magistrate Judge to schedule the conference.  The pre-trial conference is set for October 24, 2000, and trial is set for November 6, 2000.

New Orleans, Louisiana this __11th__ day of __October__, 2000.

_____
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Chasez

DATE OF ENTRY
OCT 1 3 2000