FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 OCT 24 PM 4:01
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHERINE MARRERO | CIVIL ACTION |
| VERSUS | NUMBER: 00-25 |
| NORTH AMERICAN VAN LINES, INC. | SECTION: "I" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

New Orleans, Louisiana, this 24TH day of October, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
OCT 2 5 2000

Fee _____
Process _____
X /kted _____
CtRmDep _____
Doc.No. 6