FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 24  PM 3:52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**KATHERINE MARRERO**  \* CIVIL ACTION NO. 2:00 CV 00025
\*
**VERSUS** \* SECTION "I"
\*
**NORTH AMERICAN VAN LINES, INC.** \* MAGISTRATE -
\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND ORDER TO DISMISS

**ON MOTION** of plaintiff, **KATHERINE MARRERO**, appearing herein through undersigned counsel of record, and on suggesting to the Court that this matter has been compromised and settled and, therefore, should be dismissed with full prejudice as to all of plaintiff's rights herein with each party to bear their own costs;

**IT IS HEREBY ORDERED** that the above-numbered and entitled cause be and the same is hereby dismissed with full prejudice as to all of plaintiff's rights herein, with each party to bear their own costs.

DATE OF ENTRY
OCT 2 6 2000

3610044/207                                1



NEW ORLEANS, LOUISIANA, THIS 24 DAY OF OCT-, 2000.

*Henry A. Mentz, Jr.*
**JUDGE**

_____
**EDWARD KOHNKE, ESQ., ESQ. (#7824 )**
3600 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-3600
Telephone:  (504) 599-8000
**Attorney for Plaintiff,
KATHERINE MARRERO**